**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**MAURICE SMITH**                                                                     **PLAINTIFF**

**V.**                                                          **CAUSE NO.: 2:07CV51-SA-SAA**

**NORTH BOLIVAR SCHOOL DISTRICT, et al.**                                  **DEFENDANTS**

### ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the State Defendant's Motion for Summary Judgment [101] is GRANTED in part;

(2)  the Plaintiff's claims against the State Defendants are dismissed.

(3)   the School Defendant's Motion for Summary Judgment [103] is GRANTED in part

and DENIED in part.

All memoranda, depositions, declarations and other materials considered by the court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  20th  day of October, 2009.


  /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**